UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RALPH D. PITTLE, ET AL.

VERSUS

DANIEL MCGLYNN, ET AL.

CIVIL ACTION

NO. 09-620-JJB-SCR

### RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated February 10, 2010 (doc. no. 44) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiffs' claims against defendants Christopher D. Glisson, Karl Koch and Benjamin Mouton are DISMISSED without prejudice pursuant to Rule 4(m).

Baton Rouge, Louisiana, this 18th day of March, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA