UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RALPH D. PITTLE, ET AL                               CIVIL ACTION

VERSUS

DANIEL McGLYNN, ET AL                                NO. 09-620-JJB-SCR

**ORDER ON MOTION TO ENROLL AND FOR ADMISSION *PRO HAC VICE***

Considering the Motion to Enroll and for Admission *Pro Hac Vice* filed on behalf of Plaintiffs, Ralph D. Pittle and Medical Legal Consultants of Washington, PLSC, record document number 67;

IT IS ORDERED that the motion is granted in part.  Ralph D. Pittle is admitted *pro hac vice* as additional counsel for plaintiff Medical Legal Consultants of Washington, PLSC.  The motion is denied insofar as Ralph D. Pittle also sought to enroll as additional counsel on his own behalf, appearing *pro se*.  Individuals can "conduct their own cases personally **or** by counsel." 28 U.S.C. § 1654 (emphasis added).  Plaintiffs have not shown that Ralph D. Pittle can represent himself and also appear through counsel at the same time.  Even if Pittle was allowed to represent himself, because he is also represented by counsel admitted to practice in this court Local Rule 11.1M would still require counsel to sign any pleading, motion or other paper filed in the case.  The motion does not explain what purpose would be served by allowing Pittle to represent himself while at the same time being

represented by counsel.

Baton Rouge, Louisiana, December 1, 2010.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE